

## United States District Court
## Eastern District of California

| DEANA FARLEY | Case Number: 2:20-cv-02485-KJM (DBx) |
|---|---|
| Plaintiff(s) | |

V.

| LINCOLN BENEFIT LIFE COMPANY | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristen Reilly hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

LINCOLN BENEFIT LIFE COMPANY

On 08/06/2007 (date), I was admitted to practice and presently in good standing in the DC Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

SUSAN L. HOLLAND-HEWITT v. ALLSTATE LIFE INSURANCE COMPANY
1:20-cv-00652-DAD-SAB Concurrently submitted on 1/11/2022

Date: 01/11/2022        Signature of Applicant: /s/ Kristen Reilly

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kristen Reilly |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 1500 K Street, NW |
| | Suite 1100 |
| City: | Washington    State: DC    Zip: 20005 |
| Phone Number w/Area Code: | (202) 230-5231 |
| City and State of Residence: | Arlington, VA |
| Primary E-mail Address: | kristen.reilly@faegredrinker.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tarifa B. Laddon |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 1800 Century Park East, Suite 1500 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 203-4000    Bar #: 240419 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 12, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kristen Reilly*

was duly qualified and admitted on August 6, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 11, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.