1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation.<br><br>Defendant. | Case No. 2:20-cv-02485-KJM (DBx)<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER TO EXTEND CLASS DISCOVERY AND TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Complaint Filed:            December 16, 2020 |

1    The Court, having reviewed the Parties' Joint Stipulation to Extend Class Discovery and
2 to Extend Time to File Opposition and Reply Briefs to Plaintiff's Motion for Class Certification
3 ("Stipulation"), and for good cause shown, hereby approves the Stipulation. Defendant Lincoln
4 Benefit Life Company shall file its opposition to Plaintiff's motion for class certification by
5 October 28, 2022; the deadline by which to complete agreed-upon discovery related to class
6 certification shall be extended through November 18, 2022; Plaintiff shall file her reply in support
7 of her motion for class certification by December 23, 2022; and the hearing on Plaintiff's motion
8 for class certification shall be set for January 6, 2023.

**IT IS SO ORDERED.**

DATED: September 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE