**FAEGRE DRINKER BIDDLE & REATH, LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285

**FAEGRE DRINKER BIDDLE & REATH LLP**
KATE VILLANUEVA (*pro hac vice*)
*kate.villanueva@faegredrinker.com*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: 215-988-2700

**FAEGRE DRINKER BIDDLE & REATH LLP**
W. GLENN MERTEN (*pro hac vice*)
*glenn.merten@faegredrinker.com*
1500 K Street, N.W., Suite 1100
Washington, DC 20005
Telephone: 202-230-5000

Attorneys for Defendant
LINCOLN BENEFIT LIFE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANA FARLEY, Individually, and on Behalf of the Class,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-02485-KJM (DBx)<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**DEFENDANT LINCOLN BENEFIT LIFE COMPANY'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support and [Proposed] Order]<br><br>Date:  February 17, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 3 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON PLEADINGS
CASE NO. 2:20-CV-02485-KJM (DBX)

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 17, 2023, through the submission to the Honorable Kimberly J. Mueller, in Courtroom 3 of the above-entitled court located at 501 I Street, Sacramento, CA 95814, Defendant Lincoln Benefit Life Company ("Lincoln Benefit"), by and through its counsel of record, will and hereby does move this Court for an order for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in favor of Lincoln Benefit on all of Plaintiff's claims.

As more fully described in the accompanying Memorandum of Points and Authorities, each cause of action in Plaintiff's Complaint is time-barred by the relevant statute of limitations. This Motion is based upon this Notice of Motion and Motion and the Memorandum of Points and Authorities, the documents on file with the Court, and such further evidence and argument as the Court may permit.

This Motion is made following the conference of counsel via telephone on December 13, 2022, as well as via e-mail on December 14 and December 15, 2022. Counsel discussed the contemplated Motion, but were unable to reach resolution. Accordingly, pursuant to the Court's Standing Order (Dkt. No. 6-1), the undersigned hereby certifies that meet and confer efforts were exhausted prior to the filing of this Motion.

DATED: December 22, 2022            **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   /s/ Tarifa B. Laddon
       TARIFA B. LADDON
       KATE VILLANUEVA (*pro hac vice*)
       W. GLENN MERTEN (*pro hac vice*)

       Attorney for Defendant
       LINCOLN BENEFIT LIFE COMPANY