# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation.<br><br>Defendant. | Case No. 2:20-cv-02485-KJM-DB<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Current Hearing Date:   January 27, 2023<br>New Hearing Date:       February 17, 2023<br>New Hearing Time:       10:00 a.m.<br>Location:               Courtroom 3<br><br>Action Filed:           December 16, 2020 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:20-CV-02485-KJM-DB

The Court, having reviewed the Parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification ("Stipulation"), and for good cause shown, hereby approves the Stipulation. The date of the hearing on Plaintiff's Motion to Compel shall be continued from January 27, 2023 to February 17, 2023.

**IT IS SO ORDERED.**

DATED:   December 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2
ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:20-CV-02485-KJM-DB