# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class, | Case No. 2:20-cv-02485-KJM (DB) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation. | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation to Continue Briefing on Defendant's Motion for Judgment on the Pleadings ("Stipulation"), and for good cause shown, hereby approves the Stipulation.

The date for Plaintiff's Opposition shall be continued to on or before January 19, 2023. The date for Defendant's Reply shall be continued to on or before January 31, 2023; and the hearing on Defendant's Motion for Judgment on the Pleadings shall remain as February 17, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  January 4, 2023.

CHIEF UNITED STATES DISTRICT JUDGE