UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation,<br><br>Defendant. | Case No.: 2:20-cv-02485-KJM-DB<br><br>**ORDER DENYING PLAINTIFF DEANA FARLEY'S REQUEST TO SEAL DOCUMENTS RE: REPLY IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION**<br><br>**Judge**: Hon. Kimberley J. Mueller<br>**Magistrate**: Hon. Deborah Barnes<br><br>**Complaint Filed**: December 16, 2020<br>**Trial Date**: None Set |

The above-titled matter is before this court on plaintiff's Request to Seal Documents Re: Reply in Support of her Motion for Class Certification. Request, ECF No. 57. Portions of these documents contain information designated by defendant as "CONFIDENTIAL" under the terms of the Protective Order in this action. Protective Order, ECF No. 31. However, in its prior order, the court advised parties that the "designation of documents (including transcripts of testimony) as confidential pursuant to this order does not automatically entitle the parties to file such a document with the court under seal." Protective Order ¶ 2. Thus, plaintiff's reliance on the stipulated protective order does not offer "a compelling reason to overcome the presumption in favor of access." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003); *see also Kamakana v. City of Honolulu*, 447 F.3d 1172, 1183 (9th Cir. 2006).

Accordingly, the court **denies** the Request to Seal Documents.

This order resolves ECF No. 57.

**IT IS SO ORDERED**

Dated: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE