**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
*cnicholas@nicholaslaw.org*
Alex Tomasevic (SBN 245598)
*atomasevic@nicholaslaw.org*
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: 619-325-0492

**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
*jackbwinters@earthlink.net*
Sarah Ball (SBN 292337)
*sball@einsurelaw.com*
8489 La Mesa Boulevard
La Mesa, California 91942
Telephone: 619-234-9000

Attorneys for Plaintiff
DEANA FARLEY

**FAEGRE DRINKER BIDDLE & REATH LLP**
Tarifa B. Laddon (SBN 240419)
*tarifa.laddon@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: 310-203-4000

Katherine Villanueva (*pro hac vice*)
*kate.villanueva@faegredrinker.com*
One Logan Square, Suite 2000
Philadelphia, PA 19103
Telephone: 215-988-2700

W. Glenn Merten (*pro hac vice*)
*glenn.merten@faegredrinker.com*
1500 K Street, N.W., Suite 1100
Washington, DC 20005
Telephone: 202-230-5235

Attorneys for Defendant
LINCOLN BENEFIT LIFE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation.<br><br>Defendant. | Case No. 2:20-cv-02485-KJM (DBx)<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Filed Concurrently with [Proposed] Order Continuing Hearing on Plaintiff's Motion for Class Certification]<br><br>Current Hearing Date:     February 17, 2023<br>New Hearing Date:         March 10, 2023<br>New Hearing Time:         10:00 a.m.<br>Location:                       Courtroom 3<br><br>Action Filed:  December 16, 2020 |

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:20-cv-02485-KJM (DBx)

Plaintiff Deana Farley, individually and on behalf of the class ("Plaintiff"), and Defendant Lincoln Benefit Life Company ("Lincoln Benefit") (collectively, "the Parties"), by and through their respective counsel of record, jointly stipulate and agree as follows:

WHEREAS, Plaintiff initiated this action by filing a Complaint on December 16, 2020, ECF No. 1, and Lincoln Benefit filed a motion to dismiss or stay the case on February 8, 2021, ECF No. 10;

WHEREAS, Plaintiff filed her Motion for Class Certification on September 15, 2022, and noticed a hearing date of November 4, 2022, ECF No. 40;

WHEREAS, on September 30, 2022, the Court granted the Parties' Joint Stipulation to Extend Class Discovery and to Extend Time to File Opposition and Reply Briefs to Plaintiff's Motion for Class Certification and set the hearing on Plaintiff's Motion for Class Certification for January 6, 2023, ECF No. 43;

WHEREAS, on November 3, 2022, the Court issued a Minute Order resetting the hearing on Plaintiff's Motion for Class Certification from January 6, 2023, to January 27, 2023, ECF No. 47;

WHEREAS, on December 28, 2022, the Court approved the Parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification, ECF No. 53, and set the hearing on Plaintiff's Motion for Class Certification to February 17, 2023, ECF No. 59,

WHEREAS, good cause exists to continue the hearing on Plaintiff's Motion for Class Certification.  Local counsel for Lincoln Benefit, Tarifa Laddon, has recently become unavailable on February 17, 2023, due to a significant conference in another matter that she is unable to reschedule;

WHEREAS, Lincoln Benefit seeks to have its local counsel to participate in the hearing on Plaintiff's Motion for Class Certification; and

WHEREAS, the Parties have therefore agreed to seek a continuance of the date of the hearing on Plaintiff's Motion for Class Certification until the next motion date when all counsel are available, March 10, 2023, at 10:00 a.m. or the next date on which the Court is available.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2
JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:20-cv-02485-KJM (DBx)

NOW THEREFORE, the Parties hereby stipulate and agree that the date of the hearing on Plaintiff's Motion for Class Certification shall be continued from February 17, 2023, to March 10, 2023.

DATED:  February 7, 2023                    **NICHOLAS & TOMASEVIC, LLP**

                                            By:    /s/ Alex Tomasevic
                                                   CRAIG M. NICHOLAS
                                                   ALEX TOMASEVIC

                                                   Attorneys for Plaintiff
                                                   DEANA FARLEY

DATED: February 7, 2023                     **FAEGRE DRINKER BIDDLE & REATH LLP**

                                            By:    /s/ Tarifa B. Laddon
                                                   TARIFA B. LADDON
                                                   KATHERINE VILLANUEVA (*pro hac vice*)
                                                   W. GLENN MERTEN (*pro hac vice*)

                                                   Attorneys for Defendant
                                                   LINCOLN BENEFIT LIFE COMPANY

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 7, 2023                    /s/ Tarifa B. Laddon
                                            Tarifa B. Laddon

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

3
JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 2:20-CV-02485-KJM (DBx)