UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deana Farley, | No. 2:20-cv-02485-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Lincoln Benefit Life Company, | |
| Defendant. | |

The court, having reviewed the parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion for Class Certification ("Stipulation"), finds the parties have not shown good cause to continue the hearing. The parties do not state defendant has no available counsel who can appear on behalf of defendant on February 17, 2023. Further, the parties do not explain when local counsel's other conference was scheduled. The parties themselves requested that the court continue the hearing date to February 17, 2023. *See* ECF No. 53. Thus, the stipulated request to continue the hearing date is **denied without prejudice**. The hearing date on plaintiff's motion for class certification shall remain as February 17, 2023.

IT IS SO ORDERED.

DATED: February 9, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1