

# United States District Court
# Eastern District of California

| DEANA FARLEY |
|---|
Plaintiff(s)

V.

| LINCOLN BENEFIT LIFE COMPANY |
|---|
Defendant(s)

Case Number: 2:20-cv-02485-KJM-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jamie Campisi hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lincoln Benefit Life Company

On 12/28/2020 (date), I was admitted to practice and presently in good standing in the State of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

SUSAN L. HOLLAND-HEWITT V. ALLSTATE LIFE INSURANCE COMPANY
1:20-cv-00652-ADA-SAB Concurrently submitted on 2/15/2023

Date: 02/15/2023          Signature of Applicant: /s/ Jamie Campisi

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jamie Campisi |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 600 Campus Drive |
| City: | Florham Park    State: NJ    Zip: 07932 |
| Phone Number w/Area Code: | (973) 549-7134 |
| City and State of Residence: | Florham Park, New Jersey |
| Primary E-mail Address: | jamie.campisi@faegredrinker.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tarifa B. Laddon |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 1800 Century Park East, Suite 1500 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 203-4000    Bar #: 240419 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 21, 2023

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Jamie M Campisi** (No. **330032020**) was constituted and appointed an Attorney at Law of New Jersey on **December 28, 2020** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **15th** day of **February**, 20**23**.

*Heather J Baker*
Clerk of the Supreme Court

-453a-