# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation.<br><br>Defendant. | Case No. 2:20-cv-02485-KJM (DBx)<br><br>Hon. Kimberly J. Mueller<br>Courtroom 3<br><br>**ORDER CONTINUING HEARING ON DEFENDANT LINCOLN BENEFIT LIFE COMPANY'S MOTION TO RESCIND AND MOTION TO STAY**<br><br>[Filed Concurrently with Joint Stipulation]<br><br>Current Hearing Date:  June 30, 2023<br>New Hearing Date:      July 21, 2023<br>New Hearing Time:      10:00 a.m.<br>Location:              Courtroom 3<br><br>Action Filed:          December 16, 2020 |

The Court, having reviewed the Parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Rescind and Motion to Stay ("Stipulation"), and for good cause shown, hereby approves the Stipulation. The date of the hearing on Defendant's Motion to Rescind and Motion to Stay shall be continued from June 30, 2023 to July 21, 2023 at 10:00 AM.

**IT IS SO ORDERED.**

DATED: June 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE