UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA FARLEY, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska Corporation,<br><br>Defendant. | No. 2:20-cv-2485 KJM DB<br><br><br>ORDER |

    On June 29, 2023, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on July 28, 2023, pursuant to Local Rule 302(c)(1). (ECF Nos. 104 & 106.) That same day the parties filed a Joint Statement re: Discovery Disagreement. (ECF No. 105.)

    Therein, plaintiff explains that plaintiff's motion "respectfully request the Court order Defendant to produce the class member contact information now." (JS (ECF No. 105) at 14) (emphasis in original). However, on May 30, 2023, plaintiff filed a motion to facilitate class notice before the assigned District Judge. (ECF No. 92.) That motion asks the assigned District Judge to order defendant to provide plaintiff "all beneficiary class members . . . contact

////

1

information[.]"  (ECF No. 92-3 at 2.)  The assigned District Judge took that motion under submission on July 10, 2023.  (ECF No. 107.)

In this regard, plaintiff has already placed, essentially, the same request before the assigned District Judge.  Plaintiff's motion, therefore, will be denied without prejudice to renewal after the assigned District Judge has resolved plaintiff's pending motion to facilitate class notice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 29, 2023 motion to compel (ECF No. 104) is denied without prejudice to renewal; and

2. The July 28, 2023 hearing of plaintiff's motion is vacated.

Dated:  July 25, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/farley2485.mtc3.den.ord

2