UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deana Farley, | No. 2:20-cv-02485-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Lincoln Benefit Life Company, | |
| Defendant. | |

On October 31, 2023, this court granted plaintiff Deana Farley's motion for limited class notice. Prior Order, ECF No. 120. Defendant Lincoln Benefit Life Company moves the court to reconsider that order because the court's order certifying a class under Federal Rule of Civil Procedure 23(b)(2) is pending before the Ninth Circuit and defendant's renewed motion for a stay is pending before this court. Mot. Reconsideration, ECF No. 122-1. It argues the court clearly erred because class notice is improper in light of its pending appeal and renewed motion for a stay. *Id.* at 4.[1] It also filed an ex parte application for an order shortening time for hearing of the motion for reconsideration. Ex Parte Appl., ECF No. 123. Plaintiff opposes the request. Opp'n, ECF No. 126.

---

[1] When citing page numbers on filings, the court uses the pagination automatically generated by the CM/ECF system.

1

District courts have discretion to shorten time or set a different time for when a motion may be heard. *See* Fed. R. Civ. P. 6(c)(1). Defendant argues there is good cause to shorten time "because if the Court reconsiders and withdraws the [prior class notice] Order . . . , it will obviate the need for the parties and the Court to expend unnecessary time, expense, and resources in generating a class notice to a class whose certification is currently an open question before the Ninth Circuit." Ex Parte Appl. at 5.

An appeal from an order granting class certification "does not stay proceedings in the district court unless the district judge or the court of appeals so orders." Fed. R. Civ. P. 23(f). There is no stay; defendant's renewed motion for a stay is still pending before this court. Defendant's motion for reconsideration appears to improperly supplement its renewed motion for a stay by arguing the pending appeal warrants a stay in this court and the court should not have granted plaintiff's motion for limited class notice. *See* Mot. Reconsideration at 5–6 (citing cases where courts have entered a stay pending Rule 23(f) appeal); *see also* Ex Parte Appl. at 4. Defendant's disagreement with the court's prior order does not constitute good cause to shorten time. The court declines to exercise its discretion to shorten time. The motion is **denied**.

This order resolves ECF No. 123.

IT IS SO ORDERED.

DATED: November 27, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

2