UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deana Farley, | No. 2:20-cv-02485-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| Lincoln Benefit Life Company, | |
| Defendant. | |

The court has reviewed the parties' joint status report (ECF No. 144) and orders as follows:

- The scheduling conference currently set for December 4, 2025 is vacated.
- All fact discovery shall be completed by February 16, 2026.
- Expert witnesses shall be disclosed by March 2, 2026.
- Rebuttal experts shall be disclosed by April 2, 2026.
- All expert discovery shall be completed by April 17, 2026.
- Any dispositive motions shall be filed by May 4, 2026 and noticed for hearing on the earliest available civil law and motion calendar.
- Final pretrial conference and trial dates will be set, if necessary, following the expiration of the dispositive motion deadline or the resolution of any dispositive motions.

1        IT IS SO ORDERED.

2     DATED: November 21, 2025.

3

_____
UNITED STATES DISTRICT JUDGE